**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| JOHN PIPES, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 1:05-cv-1305-RLY-WTL |
| ) | |
| FIRST MIDWEST BANCORP, INC., ) | |
| ) | |
| Defendant. ) | |

**Entry Discussing Motion to Dismiss and Directing Entry of Judgment**

"[D]ismissal of a complaint on the ground that it is unintelligible is unexceptionable." *Davis v. Ruby Foods, Inc.,* 269 F.3d 818, 820 (7th Cir. 2001). For this reason, as well as those explained by the defendant in its memorandum filed in support of its unopposed motion to dismiss, the defendant's motion to dismiss is **granted.** The dismissal shall be with prejudice in light of the plaintiff's prior litigation history and his failure to support the viability of his claims or offer to recast them in some sensible fashion.

Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: _____

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana