## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

JOHN PIPES,                          )
                          Plaintiff,        )
        vs.                           )        No.    1:05-cv-1305-RLY-WTL
                              )
FIRST MIDWEST BANCORP, INC.,         )
                           )
                    Defendant.      )

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed with prejudice.**

Date: _____

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

Copies to:

Gene R. Leeuw
LEEUW OBERLIES & CAMPBELL PC
grleeuw@indylegal.net

John M. Mead
LEEUW OBERLIES & CAMPBELL PC
jmead@indylegal.net

John Pipes
4000 W. 106th Street 160-103
Carmel, IN 46032